**Order entered February 14, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00893-CV

**CIBIL KURIAKOSE VADACKANETH, Appellant**

**V.**

**SEENA ASARIYATHU SEBASTIAN, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-21-06642**

### ORDER

Before the Court is appellant's February 11, 2022 first motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 14, 2022.

/s/    KEN MOLBERG
       JUSTICE